United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RICHARD KENNETH SPENCER,

        Plaintiff,

      v.

CAROLYN W. COLVIN, Commissioner of
Social Security,

        Defendant.

Case No.  5:16-cv-01108-EJD

**ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

On April 5, 2016, Defendant filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action.  Dkt. No. 8.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either consent or declination to proceed before a United States Magistrate Judge on or before **April 14, 2016.**

**IT IS SO ORDERED.**

Dated:  April 7, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:16-cv-01108-EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES
MAGISTRATE JUDGE