United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD KENNETH SPENCER,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>   Defendant. | Case No.  5:16-cv-01108-EJD<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

As all parties have consented to the assignment of this case to a magistrate judge for all purposes including trial and entry of judgment (Dkt. Nos. 8, 10), the Clerk shall reassign it to an available magistrate judge.

**IT IS SO ORDERED.**

Dated:  April 13, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-01108-EJD
ORDER DIRECTING CLERK TO REASSIGN CASE

1